```
                 IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


COUNTY OF SUTTER,                )    2:07-cv-1206-GEB-KJM
                                 )
          Plaintiff,             )    RELATED CASE ORDER
                                 )
     v.                          )
                                 )
HEINRICH MAGENHEIMER; JOYCE      )
MAGENHEIMER; DENTON OUTDOOR      )
MEDIA, INC.; and DOES 1-10,      )
                                 )
          Defendants.            )
                                 )
COUNTY OF SUTTER,                )    2:07-cv-1214-MCE-GGH
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )
LIBERTY REAL ESTATE              )
MANAGEMENT, INC.; MERIDIAN       )
MEDIA GROUP, LLC; and            )
DOES 1-10,                       )
                                 )
          Defendants.            )
                                 )
```

Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 83-123(a). The actions involve the same plaintiff, are based on the same or similar claims, and involve similar questions of fact and law. Accordingly, the assignment of the matters to the same judge and magistrate judge

is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:07-cv-1214-MCE-GGH is hereby reassigned to Judge Garland E. Burrell, Jr. for all further proceedings, and any dates currently set in the reassigned case are VACATED.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the case number as 2:07-cv-1214-GEB-KJM.  A status conference in 2:07-cv-1214-GEB-KJM is set for October 1, 2007, at 9:00 a.m.

The Clerk of Court shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  July 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge